(No. 74-CC-618—)

Curtis Woods and Edwina Woods, Claimant, *vs.* State of Illinois, Department of Pubilc Aid, Respondent.

*Opinion filed February 13, 1975.*

M. T. Gruener, Attorney for Claimants.

William J. Scott, Attorney General; Martin A. Soll, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 75-CC-132—)

Joann Piontkowski, Claimant, *vs.* State of Illinois, Department of Children and Family Services, Respondent.

*Opinion filed February 13, 1975.*

Renee C. Hanover, Attorney for Claimant.

William J. Scott, Attorney General; Martin A. Soll, Assistant Attorney General, for Respondent.

Per Curiam.